■ NEW YORK MUNICIPAL INSURANCE RECIPROCAL, as Subrogee of Town of Wolcott, Respondent, v W.P. MAHONEY ENTERPRISES, INC., Respondent-Appellant, and TITAN STEEL SERVICES, INC., Appellant-Respondent. [898 NYS2d 902]—Appeal and cross appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered June 23, 2009 in a subrogation action. The order denied the motion of defendant Titan Steel Services, Inc. for summary judgment.

It is hereby ordered that said cross appeal is unanimously dismissed (see Moncion v Infra-Metals Corp., Div. of Preussag Intl. Co., 20 AD3d 310, 312 [2005]; see also CPLR 5511) and the order is otherwise affirmed without costs. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ PIERRE KAMGUIA, M.D., Appellant, v FREDERICK MCWAYNE et al., Respondents. [899 NYS2d 723]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered February 2, 2009 in an action for malicious prosecution and false arrest. The order granted the motion of defendants for summary judgment dismissing the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.